IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>PATRICIA A. CHACON<br>        Debtor | ) CASE NO. 10-21200 HRT<br>)<br>) |
| U.S. BANK, N.A.,<br>        Movant,<br>  vs.<br>PATRICIA A. CHACON<br> and<br>Cynthia Skeen, Chapter 7 Trustee,<br>        Respondents. | )<br>) CHAPTER 7<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING RELIEF FROM STAY

    U.S. BANK, N.A., has filed herein a motion for relief from stay under 11 U.S.C. §362(d) to foreclose on and/or take possession and control of and/or pursue its state law rights and remedies as to the real property described as follows:

LOT 3, BLOCK 21, WESTCLIFF SUBDIVISION - FILING NO. 4, COUNTY OF JEFFERSON, STATE OF COLORADO.,

(Purported common address: 9805 MARSHALL WAY, WESTMINSTER, CO 80021)

    THE COURT, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and U.S. BANK, N.A., its servicers, predecessors, successors or assigns, is hereby granted relief from stay in order to take possession of, by way of the appointment of a receiver and otherwise, foreclose on and/or to pursue its state law rights and remedies allowed under the Deed of Trust as to the property above described.

    The ten (10) day stay period provided by Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) is hereby waived and Movant may immediately implement and enforce this Order.

    DATED this __23rd__ day of __August__, 2010, nunc pro tunc August 3, 2010.

BY THE COURT:

_Howard Tallman_
U.S. Bankruptcy Court Judge